UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| VILLAGE OF BONDVILLE,<br><br>             Plaintiff,<br>v.<br><br>WINDSTREAM CORPORATION, PAETEC HOLDING CORPORATION, MCLEOD USA, LLC, and MCLEOD TELECOMMUNICATIONS, LLC.,<br><br>             Defendants. | Case No. 13-CV-2078 |

## ORDER

A Report and Recommendation (#38) was filed by the Magistrate Judge in the above cause on June 6, 2014. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#38) is accepted by this court.

(2) Defendants' Motion to Dismiss Count III and Count IV against Defendants Paetec Holding Corp., McLeod USA, and McLeod Telecommunications for Failure to State a Claim and Motion to Strike Counts III and IV against Defendant Windstream (#27) is GRANTED. However, Plaintiff is given 21 days from the date of this order to replead or further amend the complaint to more clearly present its claims for relief.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 26th day of June, 2014.

                                                                     s/COLIN S. BRUCE
                                                        UNITED STATES MAGISTRATE JUDGE